**Opinion filed March 5, 2010**



# In The

# Eleventh Court of Appeals

_____

## No. 11-09-00124-CV

_____

## ENDEAVOR ENGERY RESOURCES, L.P., Appellant

## V.

## DAVID E. SALTER, TRUSTEE OF THE
## LANA L. SALTER LIVING TRUST, ET AL, Appellees

### On Appeal from the 118th District Court
### Martin County, Texas
### Trial Court Cause No. 6171

## M E M O R A N D U M   O P I N I O N

The parties have filed in this court a joint motion to dismiss. In their motion, the parties state that they have settled all issues relating to this appeal. The motion is granted, and the appeal is dismissed.

PER CURIAM

March 5, 2010

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.